COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Name: __BONILLA__ __STEVEN__ _____
    (Last)     (First)     (Middle Initial)

Prisoner Number: __J-48500__

Institutional Address: __SAN QUENTIN STATE PRISON__
__SAN QUENTIN, CA 94964__

FILED
AUG 10 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

__STEVEN WAYNE BONILLA__
(Enter your full name.)

vs.

__MARK V. BACCIARINI, JEANNE E.__
__SCHECHTER, RONALD W. HANSEN,__
__MERCED COUNTY SUPERIOR COURT__
(Enter the full name(s) of the defendant(s) in this action.)

Case No. __CV17 4577 VC__
(Provided by the clerk upon filing)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
42 U.S.C. § 1983

(PR)

I. Exhaustion of Administrative Remedies.

*Note:* You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

A. Place of present confinement __SAN QUENTIN STATE PRISON__

B. Is there a grievance procedure in this institution?    YES ☐    NO ☒

C. If so, did you present the facts in your complaint for review through the grievance procedure?    YES ☐    NO ☐

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

    1. Informal appeal: _____

1
2   2. First formal level: _____
3       _____
4   3. Second formal level: _____
5       _____
6       _____
7   4. Third formal level: _____
8       _____
9       _____
10  E.  Is the last level to which you appealed the highest level of appeal available to you?
11      YES ☐     NO ☐
12  F.  If you did not present your claim for review through the grievance procedure, explain why.
13      _____
14      _____
15      _____
16  II. Parties.
17  A.  Write your name and present address. Do the same for additional plaintiffs, if any.
18  STEVEN WAYNE BONILLA, P.O. BOX J-48500, SAN QUENTIN,
19  CA, 94964
20
21  B.  For each defendant, provide full name, official position and place of employment.
22  Mark V. Bacciarini, Merced County Superior Court judge
23  2260 N. Street, Merced, CA 95340
24  Jeanne E. Schechter, Merced County Superior Court judge
25  2260 N. Street, Merced, CA 95340
26  Ronald W. Hansen, Merced County Superior Court judge
27  2260 N Street, Merced CA 95340
28  Merced County Superior Court, 2260 N Street, Merced CA 95340

PRISONER COMPLAINT (rev. 8/2015)
Page 2 of 3

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

These judges have refused to file my petition attacking a judgment that is void on its face. They have denied me my first amendment right to petition the government for a redress of my grievances and access to the court

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

To compel the Merced County Superior Court judges to stop blocking me from filing a petition and access to the court

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: August 1, 2017        Steven Wayne Bonilla
            Date                    Signature of Plaintiff

Steven Wayne Bonilla
P.O. Box J-48500
San Quentin

United States District Court
Northern District of California

| | |
|---|---|
| Steven Wayne Bonilla, | Case No |
| Plaintiff, | |
| vs | Reviewing Court's Jurisdiction |
| Ronald Davis, Warden, | Is Limited to [REVERSING] |
| Respondent. | The Trial Court's Void Acts |
| | (35 Cal. 4th 180 / 356 F.2d 654) |

To: The Chief Justice of the United States District Court for the Northern District of California

When there is an appeal, as here, (in Case No C-08-04719 GR), from a void judgment, the reviewing Court's jurisdiction is limited to [REVERSING] the Trial Court's void acts, (35 Cal. 4th 180), NO proceedings whatever form it may assume, can have any lawful authority outside the limits of the jurisdiction of the Court or judge by whom it is issued, (21 Howard 506). All of the supposed evidence

in the case is supposedly the fruit of a subpoena that was never admitted into evidence. Thus, the judgment is void on its face. The case of proving a void judgment cannot be more easily proven. So why am I still unconstitutionally imprisoned? I notified/petition the court of this invalidity of the judgment back in March of 2012. My attorney notified/petition the court of this invalidity of the judgment back in May of 2016.

The Court held in Smith v Kansas, 356 F. 2d 654, that I have a constitutional right to a swift and imperative remedy when my confinement/imprisonment is illegal. And I have shown that my imprisonment does not conform with the fundamental requirements of law. Therefore, I am entitled to my immediate release. But the Court/judges simply ignore their lack of jurisdiction and have continued to act in excess of their jurisdiction for over the past 5 years. Please explain why, after serving my country honorably for 7½ years in the military during the Vietnam War, I am now denied my constitutional Rights to due process and equal protection of the law? Why I have been made a slave of the State of California who fraudulently and unlawfully convicted me, an innocent man?

Verification

I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 USC §1746 on August 1, 2017

Respectfully Submitted
Steven Wayne Berulla

Page 2

Iborville J-98500
P.O Box J-98500
S.Q, CA. 94904

United States District
450 Golden Gate Ave
San Francisco, CA 94102

Pro Se

U.S. POSTAGE >> PITNEY BOWES
ZIP 94964 $ 000.88⁰
02 1W
0001397520 AUG 03 2017

RECEIVED
AUG -4 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA